**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

GREGG ROBERTI,

      Plaintiff,                                CASE NO. **13-cv-60412-WJZ**

v.

KIRKLAND LAW GROUP,
PLLC.,
      Defendant.
_____/

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

GREGG ROBERTI (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, KIRKLAND LAW GROUP PLLC (Defendant), in this case.

                                   RESPECTFULLY SUBMITTED,

                                   By: _/s/ Shireen Hormozdi
                                       Shireen Hormozdi, Esq.
                                       FBN: 882461
                                       KROHN & MOSS, LTD.
                                       10474 Santa Monica Blvd, Suite 405
                                       Los Angeles, CA 90025
                                       T: (323) 988-2400 ext. 230
                                       F: (866) 802-0021
                                       shormozdi@consumerlawcenter.com
                                       *Attorney for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 24, 2013, I electronically filed the foregoing Notice of

Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said

Notice was submitted to all parties by way of the Court's CM/ECF System

<u>/s/ Shireen Hormozdi</u>
Shireen Hormozdi
Attorney for Plaintiff