```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 13-60412-CIV-ZLOCH
```

GREGG ROBERTI,

    Plaintiff,

                                       **<u>FINAL ORDER OF DISMISSAL</u>**

vs.

KIRKLAND LAW GROUP, PLLC,

    Defendant.

_____/

    THIS MATTER is before the Court upon Plaintiff's Notice Of Voluntary Dismissal (DE 10).  The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff's Notice Of Voluntary Dismissal (DE 10) be and the same is approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this   30th   day of April, 2013.

                                                 WILLIAM J. ZLOCH
                                                 United States District Judge

Copies furnished:

All Counsel of Record